**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

---

Joseph A. LeCuyer,

                Plaintiff,

                                          Civ. No. 09-2583 (RHK/TNL)
                                          **ORDER**

v.

Laurence A. Hecker,

                Defendant.

---

      Plaintiff having moved, pursuant to Federal Rule of Civil Procedure 41(a)(2), to dismiss this action with prejudice due to Defendant's bankruptcy discharge, **IT IS ORDERED** that the Motion (Doc. No. 25) is **GRANTED** and Plaintiff's Amended Complaint (Doc. No. 7) is **DISMISSED WITH PREJUDICE**.

      **LET JUDGMENT BE ENTERED ACCORDINGLY**.


Dated: July 11, 2011                                        s/Richard H. Kyle
                                                              RICHARD H. KYLE
                                                              United States District Judge